ANNA CAPPIELLO, *ET AL.*, PLAINTIFFS-PETITIONERS, v. ISAAC LEHRHOFF, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Mr. Bernard R. Lafer* and *Mr. Sam Weiss* for the petitioners.

*Messrs. Cunneen & O'Gorman* for the respondents.

June 30, 1967. Denied.

CHARLES EDWARD ROLL, *ETC.*, PLAINTIFF-PETITIONER, v. BRUCE E. TIMBERMAN, *ET ALS.*, DEFENDANTS AND TOWNSHIP OF HARRISON, THIRD-PARTY PLAINTIFF-RESPONDENT, v. CORA E. MARTIN, *ADMINISTRATRIX*, THIRD-PARTY DEFENDANT.

See same case below: 94 *N. J. Super.* 530.

*Messrs. Brown, Connery, Kulp & Wille* and *Mr. George F. Kugler, Jr.* for the petitioner.

*Messrs. Orlando & Cummins* and *Messrs. McCord, Farrell, Eynon & Munyon* for the respondents.

June 30, 1967. Denied.

GOVERNMENT SECURITY COMPANY, PLAINTIFF-PETITIONER, v. ANNA NORTON WAIRE, *ET AL.*, DEFENDANTS AND COMMUNITY INVESTMENT COMPANY, DEFENDANT-RESPONDENT.

See same case below: 94 *N. J. Super.* 586.

*Mr. Saul A. Wittes* for the petitioner.

*Mr. Harry Dvorken* for the respondent.

June 30, 1967. Denied.